=================================================================
## * * * * * UNITED STATES DISTRICT COURT * * * * *

    __NORTHERN__    DISTRICT OF    __NEW YORK__

**JUDGMENT IN A CIVIL CASE**

**RICHARD WALTER LANGENDORF,**
    Plaintiff

    vs.        5:13-cv-971 MAD

**COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION**,
    Defendant

    __XX__    **DECISION by COURT.** This action came to trial or hearing before the Court. The issues have been tried and a decision has been rendered.

  **THE COURT HEREBY ORDERS**, that Plaintiff's motion for judgment on the pleadings (Dkt. No. 14) is **GRANTED**; and the Court further **ORDERS** that Defendant's motion for judgment on the pleadings (Dkt. No. 16) is **DENIED**; and the Court further **ORDERS** that the Commissioner's decision denying disability benefits is **VACATED** and this matter is **REMANDED** to the Commissioner, pursuant to sentence four of 42 U.S.C. § 405(g), for further proceedings; and the Court further **ORDERS** that the Clerk of the Court shall enter judgment and close this case, all in accordance with the Memorandum-Decision and Order issued by the Hon. Mae A. D'Agostino on December 24, 2014.

**DATE:** __December 24, 2014__

*[signature]*
Clerk of Court

    By: __Britney Norton__
    Courtroom Deputy Clerk to the
    Hon. Mae A. D'Agostino